UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAPHYNE BARRETT, ET AL., | No. C 05-0674 JCS |
| Plaintiff(s), | **ORDER OF DISMISSAL** |
| v. | |
| CITY OF OAKLAND, ET AL., | |
| Defendant(s). | |

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, within forty-five (45) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

IT IS SO ORDERED.

Dated: November 16, 2005

_____
JOSEPH C. SPERO
United States Magistrate Judge